# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

P.S.B.

VERSUS

J.R.B.

NO.   2021 CW 1377

**NOVEMBER 16, 2021**

---

In Re:     P.S.B., applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 2019-12635.

---

**BEFORE:   GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

**STAY DENIED; WRIT GRANTED WITH ORDER.** Based on the information in the writ application, it appears that the district court entered a new custody order during the trial without allowing the relator to present evidence or witnesses. This order is akin to an ex parte custody order under La. Code Civ. P. art. 3945. In accordance with Article 3945 C(1), the order will expire by operation of law within thirty days of signing of the order. The motion (or other pleadings) filed by the respondent that the court used as the basis to change custody should be assigned for hearing not more than thirty days after the signing of the order. See La. Code Civ. P. art. 3945(D). The district court is instructed to resume the custody trial in this matter within thirty days of the signing of the order. If the trial court fails to do so, the order will not be enforceable and will be null and void. See La. Code Civ. P. art. 3945(E).

GH
WRC

**Guidry, J.,** concurs.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT